**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ADONAI COMMUNICATIONS, LTD.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:10-CV-02642-L** |
| | § | |
| | § | |
| **AWSTIN INVESTMENTS, L.L.C., et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the Motion to Dismiss Original Complaint and First Amended Complaint by Defendants Premium Acquisitions, Inc., Premium Investments, Inc., Shorewood Associates, Inc., Shorewood Holdings Corp., and Michael Bernstein, filed April 6, 2011. The court referred the motion to United States Magistrate Judge Irma Carrillo Ramirez on June 3, 2011, for findings and recommendations. The magistrate issued her Findings, Conclusions, and Recommendation ("Report") on October 7, 2011. No objections to the Report were filed.

After conducting a review of the Report and record, the court determines that the magistrate judge's findings and conclusions are correct, and they are accepted as those of the court. Accordingly, the court **denies** the Motion to Dismiss Original Complaint and First Amended Complaint by Defendants Premium Acquisitions, Inc., Premium Investments, Inc., Shorewood Associates, Inc., Shorewood Holdings Corp., and Michael Bernstein.

**Order - Page 1**

**It is so ordered** this 7th day of December, 2011.

Sam A. Lindsay
United States District Judge